IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:00-5240 AWI |
| | ) | |
| Plaintiff, | ) | ORDER PERMITTING FBI TO DISPOSE OF |
| | ) | FIREARM SEIZED IN THIS INVESTIGATION |
| v. | ) | |
| | ) | |
| DAVID ALLEN CHITURAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The United States having applied to this Court, for an order permitting the FBI to dispose of a firearm seized from the defendant's residence, and good cause appearing in that such evidence is no longer required for the prosecution of any individual, the FBI is hereby authorized to dispose of or destroy an F. Llipietta .44 caliber black powder handgun (serial # R259107)

IT IS SO ORDERED.

**Dated:   May 26, 2005**                  /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

1