1HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DAVID ALLEN CHITURAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:00-cr-05240 AWI |
| | ) No. 1:01-cr-05081 AWI |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) **STIPULATION TO CONTINUE** |
| | ) **DISPOSITION, [PROPOSED] ORDER** |
| DAVID ALLEN CHITURAS, | ) **THEREON** |
| | ) |
| *Defendant.* | ) Date:  January 25, 2016 |
| | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEVIN P. ROONEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, David Allen Chituras, that the date for disposition may be continued to January 25, 2016 a.m., or the soonest date thereafter convenient to the court. Disposition is currently scheduled for January 11, 2016.

   Defense counsel was out of the office over the holidays and returned January 4, 2016. Because Mr. Chituras is housed at Lerdo, counsel was not able to review the Dispositional Memorandum prepared by the United States Probation Office with Mr. Chituras prior to January 6, 2016.  This continuance is requested to allow time for the defense to prepare a response to the Dispositional Memorandum.

   The parties agree that any delay resulting from the continuance shall be excluded as

necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 7, 2016            By:

                                                /s/ *Kevin p. Rooney*
                                                KEVIN P. ROONEY
                                                Assistant U. S. Attorneys
                                                Counsel for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: January 7, 2016            By:    /s/ *Eric V. Kersten*
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                DAVID ALLEN CHITURAS

## O R D E R

IT IS SO ORDERED. Based on the stipulation of counsel and for good cause, it is ORDERED that the Sentencing on Supervised Release Violation hearing in this matter is continued from January 11, 2016, to January 25, 2016, at 10:00 a.m.. The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A). The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   January 7, 2016                                                          
                                                        SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28